UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

SAIM SARWAR,

                  Plaintiff,

-against-

NAKANANT REALTY CORP., *Domestic Business Corporation*,

                  Defendant.

------------------------------------ X

ORDER

21 Civ. 44 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on March 2, 2021 is hereby adjourned to April 20, 2021 at 9:30 a.m.

Dated: February 23, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE