UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

SAIM SARWAR *individually*,

                    Plaintiff,

  -against-

NAKANANT REALTY CORP., *Domestic Business Corporation*,

                    Defendant.

------------------------------------ x

ORDER

21 Civ. 44 (GBD)

GEORGE B. DANIELS, District Judge:

In light of Plaintiff's notice that the parties have reached a settlement in principle, all conferences and deadlines previously scheduled are adjourned *sine die*. Plaintiff shall submit a notice of voluntary dismissal or a status report within sixty (60) days of this order.

Dated: June 28, 2021
      New York, New York

SO ORDERED.

/s/ George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE